**Order entered May 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00999-CR

**JACKY SCOTT GARRETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81797-2012**

## ORDER

On February 18, 2015, this Court ordered Jan Dugger, official court reporter of the 296th Judicial District Court, to file the complete reporter's record, including all exhibits, by April 1, 2015. When the record was not filed by May 1, 2015, this Court ordered Ms. Dugger to file the complete reporter's record by May 11, 2015. We further warned that failure to do so would result in this Court ordering that she not sit as a court reporter until the record is filed in this appeal. Nevertheless, to date, Ms. Dugger has neither filed the reporter's record nor communicated with the Court regarding the status of the record.

Accordingly, we **ORDER** Jan Dugger, official court reporter of the 296th Judicial District Court, to file the complete reporter's record, including all exhibits admitted into

evidence, by **4:00 p.m. on TUESDAY, MAY 26, 2015**.  We further **ORDER** that Jan Dugger

not sit as a court reporter until the complete record, including all exhibits, is filed in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable John Roach, Jr.,

Presiding Judge, 296th Judicial District Court; the Honorable Ray Wheless, Presiding Judge,

366th Judicial District Court; Jan Dugger, official court reporter, 296th Judicial District Court;

the Collin County Auditor; and to counsel for all parties.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE